| | | STATEMENT OF EARNINGS AND DEDUCTIONS | | | |
|---|---|---|---|---|---|
| Separe el cheque aquí | | ISSUE DATE 11/05/2009 | | | |
| Guarde este talón para su archivo | | | | CURRENT | YTD |
| RECIPIENT: 19-29359386 | | GROSS | | 28.00 | 6637.50 |
| BAGHA          PARI | | NET | | 262.79 | 6056.71 |
| 6908 SHOUP AVE | | FICA | | 17.86 | 411.50 |
| WEST HILLS       CA  91307 | | MEDICARE | | 4.18 | 96.27 |
| | | SDI | | 3.17 | 73.02 |
| PROVIDER: 214382 | | | | | |
| MOSHIRI        EBRAHIM | | | | | |
| 6908 SHOUP AVE | | | | | |
| WEST HILLS       CA  91307 | | | | | |
| FROM: 10/16/2009 | | | | | |
| TO:   10/31/2009   HOURS:  32.0 | | | | | |
| IHSS PROGRAM INFORMATION | | | | | ARREARS |

ALERT: L.A. COUNTY IHSS SOCIAL WORKERS DO NOT CARRY PHOTCOPY MACHINES. QUESTIONS OR CONCERNS; CALL YOUR SOCIAL WORKER.

---

↑ DETACH CHECK HERE
KEEP THIS STUB FOR YOUR RECORDS
Separe el cheque aquí
Guarde este talón para su archivo

STATEMENT OF EARNINGS AND DEDUCTIONS          77-414781
ISSUE DATE 11/19/2009

| | | | CURRENT | YTD |
|---|---|---|---|---|
| RECIPIENT: 19-29359386 | | GROSS | 351.00 | 6988.50 |
| BAGHA          PARI | | NET | 320.29 | 6377.00 |
| 6908 SHOUP AVE | | FICA | 21.76 | 433.26 |
| WEST HILLS       CA  91307 | | MEDICARE | 5.09 | 101.36 |
| | | SDI | 3.86 | 76.88 |
| PROVIDER: 214382 | | | | |
| MOSHIRI        EBRAHIM | | | | |
| 6908 SHOUP AVE | | | | |
| WEST HILLS       CA  91307 | | | | |
| FROM: 11/01/2009 | | | | |
| TO:   11/15/2009  HOURS:  39.0 | | | | |
| IHSS PROGRAM INFORMATION | | | | ARREARS |

ALERT: L.A. COUNTY IHSS SOCIAL WORKERS DO NOT CARRY PHOTCOPY MACHINES. QUESTIONS OR CONCERNS; CALL YOUR SOCIAL WORKER.

---

↑ DETACH CHECK HERE
KEEP THIS STUB FOR YOUR RECORDS
Separe el cheque aquí
Guarde este talón para su archivo

STATEMENT OF EARNINGS AND DEDUCTIONS          75-923084
ISSUE DATE 09/18/2009

| | | | CURRENT | YTD |
|---|---|---|---|---|
| RECIPIENT: 19-29359386 | | GROSS | 342.00 | 5701.50 |
| BAGHA          PARI | | NET | 312.08 | 5202.62 |
| 6908 SHOUP AVE | | FICA | 21.20 | 353.47 |
| WEST HILLS       CA  91307 | | MEDICARE | 4.96 | 82.69 |
| | | SDI | 3.76 | 62.72 |
| PROVIDER: 214382 | | | | |
| MOSHIRI        EBRAHIM | | | | |

6908 SHOUP AVE
WEST HILLS              CA    91307

| FROM: | 09/01/2009 | | |
|---|---|---|---|
| TO: | 09/15/2009 | HOURS: | 38.0 |

IHSS PROGRAM INFORMATION

ARREARS

---

↑ DETACH CHECK HERE
KEEP THIS STUB FOR YOUR RECORDS
Separe el cheque aqui
Guarde este talón para su archivo

STATEMENT OF EARNINGS AND DEDUCTIONS

ISSUE DATE 10/06/2009

**76-304152**

| | CURRENT | YTD |
|---|---|---|
| GROSS | 297.00 | 5998.50 |
| NET | 271.01 | 5473.63 |
| FICA | 18.41 | 371.88 |
| MEDICARE | 4.31 | 87.00 |
| SDI | 3.27 | 65.99 |

RECIPIENT: 19-29359386
BAGHA              PARI
6908 SHOUP AVE
WEST HILLS          CA   91307

PROVIDER: 214382
MOSHIRI            EBRAHIM
6908 SHOUP AVE
WEST HILLS          CA   91307

| FROM: | 09/16/2009 | | |
|---|---|---|---|
| TO: | 09/30/2009 | HOURS: | 33.0 |

IHSS PROGRAM INFORMATION

ARREARS

ALERT: L.A. COUNTY IHSS SOCIAL WORKERS DO NOT CARRY PHOTCOPY MACHINES. QUESTIONS OR CONCERNS; CALL YOUR SOCIAL WORKER.

---

↑ DETACH CHECK HERE
KEEP THIS STUB FOR YOUR RECORDS
Separe el cheque aqui
Guarde este talón para su archivo

STATEMENT OF EARNINGS AND DEDUCTIONS

ISSUE DATE 10/20/2009

**76-635505**

| | CURRENT | YTD |
|---|---|---|
| GROSS | 351.00 | 6349.50 |
| NET | 320.29 | 5793.92 |
| FICA | 21.76 | 393.64 |
| MEDICARE | 5.09 | 92.09 |
| SDI | 3.86 | 69.85 |

RECIPIENT: 19-29359386
BAGHA              PARI
6908 SHOUP AVE
WEST HILLS          CA   91307

---

↑ DETACH CHECK HERE
KEEP THIS STUB FOR YOUR RECORDS
Separe el cheque aqui
Guarde este talón para su archivo

STATEMENT OF EARNINGS AND DEDUCTIONS

ISSUE DATE 11/04/2009

**77-011148**

| | CURRENT | YTD |
|---|---|---|
| GROSS | 261.00 | 5502.60 |
| NET | 197.51 | 5021.25 |
| FICA | 16.18 | 341.13 |
| MEDICARE | 3.78 | 79.71 |
| SDI | 2.87 | 60.51 |

RECIPIENT: 19-29308508
MOSHIRI            JALAL
6934 MILWOOD AVE APT 201
CANOGA PARK         CA   91303

PROVIDER: 214382
MOSHIRI            EBRAHIM   E
6908 SHOUP AVE
WEST HILLS          CA   91307

| FROM: | 10/16/2009 | | |
|---|---|---|---|
| TO: | 10/31/2009 | HOURS: | 29.0 |

IHSS PROGRAM INFORMATION

| DUES | 30.66 |
|---|---|
| HEALTH INS. | 1.00 |
| DENTAL INS. | 4.00 |
| COPE FUND | 5.00 |

ARREARS

ALERT: L.A. COUNTY IHSS SOCIAL WORKERS DO NOT CARRY PHOTCOPY MACHINES. QUESTIONS OR CONCERNS; CALL YOUR SOCIAL WORKER.

| | | |
|---|---|---|
| ↑ DETACH CHECK HERE<br>KEEP THIS STUB FOR YOUR RECORDS<br>Separe el cheque aqui<br>Guarde este talón para su archivo | STATEMENT OF EARNINGS AND DEDUCTIONS<br>ISSUE DATE 11/19/2009 | 77-414782 |

| | CURRENT | YTD |
|---|---|---|
| RECIPIENT: 19-29308508 | | |
| MOSHIRI     JALAL | | |
| 6934 MILWOOD AVE APT 201 | | |
| CANOGA PARK        CA  91303 | | |

| | CURRENT | YTD |
|---|---|---|
| GROSS | 261.00 | 5763.60 |
| NET | 238.17 | 5259.42 |
| FICA | 16.18 | 357.31 |
| MEDICARE | 3.78 | 83.49 |
| SDI | 2.87 | 63.38 |

PROVIDER: 214382
MOSHIRI     EBRAHIM    E
6908 SHOUP AVE
WEST HILLS        CA  91307

FROM: 11/01/2009
TO:   11/15/2009    HOURS:  29.0

IHSS PROGRAM INFORMATION

ARREARS

ALERT: L.A. COUNTY IHSS SOCIAL WORKERS DO NOT CARRY PHOTCOPY MACHINES. QUESTIONS OR CONCERNS; CALL YOUR SOCIAL WORKER.

77-414782

## Pay Stub 1 — 75-889916

**DETACH CHECK HERE / KEEP THIS STUB FOR YOUR RECORDS**
Separe el cheque aqui / Guarde este talón para su archivo

STATEMENT OF EARNINGS AND DEDUCTIONS
ISSUE DATE 09/17/2009

| | CURRENT | YTD |
|---|---|---|
| GROSS | 261.00 | 4719.60 |
| NET | 238.17 | 4306.74 |
| FICA | 16.18 | 292.59 |
| MEDICARE | 3.78 | 68.37 |
| SDI | 2.87 | 51.90 |

RECIPIENT: 19-29308508
MOSHIRI          JALAL
6934 MILWOOD AVE APT 201
CANOGA PARK           CA  91303

PROVIDER: 214382
MOSHIRI          EBRAHIM    E
6908 SHOUP AVE
WEST HILLS            CA  91307

FROM: 09/01/2009
TO:   09/15/2009    HOURS: 29.0

IHSS PROGRAM INFORMATION

ARREARS

## Pay Stub 2 — 76-271721

**DETACH CHECK HERE / KEEP THIS STUB FOR YOUR RECORDS**
Separe el cheque aqui / Guarde este talón para su archivo

STATEMENT OF EARNINGS AND DEDUCTIONS
ISSUE DATE 10/02/2009

| | CURRENT | YTD |
|---|---|---|
| GROSS | 261.00 | 4980.60 |
| NET | 197.51 | 4544.91 |
| FICA | 16.18 | 308.77 |
| MEDICARE | 3.78 | 72.15 |
| SDI | 2.87 | 54.77 |

RECIPIENT: 19-29308508
MOSHIRI          JALAL
6934 MILWOOD AVE APT 201
CANOGA PARK           CA  91303

PROVIDER: 214382
MOSHIRI          EBRAHIM    E
6908 SHOUP AVE
WEST HILLS            CA  91307

FROM: 09/16/2009
TO:   09/30/2009    HOURS: 29.0

| | CURRENT |
|---|---|
| DUES | 30.66 |
| HEALTH INS. | 1.00 |
| DENTAL INS. | 4.00 |
| COPE FUND | 5.00 |

IHSS PROGRAM INFORMATION

ARREARS

## Pay Stub 3 — 76-669171

**DETACH CHECK HERE / KEEP THIS STUB FOR YOUR RECORDS**
Separe el cheque aqui / Guarde este talón para su archivo

STATEMENT OF EARNINGS AND DEDUCTIONS
ISSUE DATE 10/20/2009

| | CURRENT | YTD |
|---|---|---|
| GROSS | 261.00 | 5241.60 |
| NET | 238.17 | 4783.08 |
| FICA | 16.18 | 324.95 |
| MEDICARE | 3.78 | 75.93 |
| SDI | 2.87 | 57.64 |

RECIPIENT: 19-29308508
MOSHIRI          JALAL
6934 MILWOOD AVE APT 201
CANOGA PARK           CA  91303

PROVIDER: 214382
MOSHIRI          EBRAHIM    E
6908 SHOUP AVE
WEST HILLS            CA  91307

FROM: 10/01/2009
TO:   10/15/2009    HOURS: 29.0

IHSS PROGRAM INFORMATION

ARREARS

ALERT: L.A. COUNTY IHSS SOCIAL WORKERS DO NOT CARRY PHOTCOPY MACHINES. QUESTIONS OR CONCERNS; CALL YOUR SOCIAL WORKER.